**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHANDRA EDAM, VINAY THOTAKURA, and SATISH NANNAPANENI,<br><br>Plaintiffs,<br>v.<br><br>TRILLER GROUP, INC. and CAPITAL TRUTH HOLDINGS, Ltd.,<br><br>Defendants. | Case No.: 2:26-cv-07943<br><br>**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION** |

Plaintiffs Chandra Edam, Vinay Thotakura, and Satish Nannapaneni respond to the Court's October 23, 2026 Order to Show Cause re: Dismissal for Lack of Prosecution (Dkt. 27).

Plaintiffs filed this action because of an urgent threat to their pre-IPO SpaceX equity interests, and their early efforts were direct at seeking emergency relief to address that risk. Plaintiffs have since decided to dismiss this action without prejudice rather than proceed with service.

On November 25, 2026, Plaintiffs filed a Notice of Voluntary Dismissal Without Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) as to all Defendants. Neither Defendant had served an answer or a motion for summary judgment at the time the notice was filed. Accordingly, the notice dismissed the action as of right when it was filed. *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because nothing remains of the action, Plaintiffs respectfully submit that the Order to Show Cause is moot and ask the Court to discharge it.

Dated: November 25, 2026

Respectfully submitted,

*/s/ Chetan G. Reddy*

**ZIMMERMAN REED LLP**
Caleb L. Marker (SBN 269721)
Jessica M. Liu (SBN 358713)
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Tel: (877) 500-8780
caleb.marker@zimmreed.com
jessica.liu@zimmreed.com

**WRIGHT CLOSE BARGER & GUZMAN LLP**
Randall C. Owens*
Mukul S. Kelkar
Chetan G. Reddy*
700 Louisiana Ave
Suite 3000
Houston, TX 77002
Tel: (713) 572-4321
owens@wcbglaw.com
mkelkar@wcbglaw.com
creddy@wcbglaw.com

* Admitted *pro hac vice*.

*Counsel for Plaintiffs*